# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN BADEA,

Appellant,

vs.

ROCK BALLSTAEDT; SETH BALLSTAEDT; AND BALLSTAEDT LAW FIRM,

Respondents.

No. 78197

**FILED**

APR 02 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mary Kay Holthus, District Judge
John Badea
Ballstaedt Law Firm
Eighth District Court Clerk

19-14312